TYPE OF HEARING: PH/DH
CASE NUMBER: 18mj538
MAGISTRATE JUDGE: John F. Anderson
DATE: 11/13/18
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Hao Wang & Xufeng Ao    2:30 – 3:14

GOVT. ATTY: Geremy / Lena Munasifi
DEFT'S ATTY: Kamens - Wang
DUTY AFPD: Adam Krischer - Ao

INTERPRETER/LANGUAGE: Both defts with Mandarin / Lynn Villaflor

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )     FPD ( ) CJA ( ) Conflict List ( )

Govt adduced evidence and rests. Affidavit entered into evidence as govt exhibit no 1. Court finds PC. Matter cont'd for further proceedings before the Grand Jury.

BOND ___(both defts)___

Deft Ao - Deft does not contest detention at this time. Deft remanded.

NEXT COURT APPEARANCE _____ TIME _____

Deft Wang - Deft requests to continue DH - granted matter set for DH. Deft remanded.

11/15/18 2pm DH